1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  LINDSY M. ROBERTS
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LUGER, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-02839-GMN-GWF<br>) |
| v. | )<br>) **STIPULATION TO EXTEND** |
| UNITED STATES OF AMERICA, | ) **DEADLINE FOR RESPONSE**<br>) **(First Request)** |
| Defendant. | )<br>) |

Plaintiff, Timothy Luger, and Defendant United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiff served the United States with a copy of the Summons and Complaint on December 15, 2017.

2. The current deadline for the United States to respond is February 14, 2018.

3. The United States is diligently working to obtain the necessary documents and information to determine an appropriate response to the Complaint but has been unable to do so in the time allowed for a response.

4. The parties have agreed to extend the deadline for a response to February 28, 2018.

5. This stipulation is made in good faith and not for the purpose of delay.

Wherefore, the parties request that the Court extend the deadline for a response to February 28, 2018.

Respectfully submitted this 9th day of February 2018.

| | |
|---|---|
| SOLOW LAW GROUP, PLLC | DAYLE ELIESON<br>United States Attorney |
| */s/ Rachel Solow*<br>RACHEL SOLOW, ESQ.<br>1445 American Pacific Drive,<br>Suite 110-294<br>Henderson, Nevada 89074<br>*Attorney for Plaintiff* | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2/12/2018