RACHEL N. SOLOW
Nevada Bar No. 9694
**SOLOW LAW GROUP, PLLC**
2505 Anthem Village Dr., Suite E517
Henderson, Nevada 89052
Telephone: (702)460-1735
Email: *rsolow@solowlawgroup.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LUGER, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02839-GMN-GWF |
| v. | ) **STIPULATION TO EXTEND** |
| THE UNITED STATES OF AMERICA, | ) **SCHEDULING ORDER DEADLINES** |
| Defendant. | ) **(Third Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate to amend the Scheduling Order [Doc. 19] subject to this Court's approval, that the deadlines in the approved discovery schedule be extended as set forth below. The parties assert that good cause exists for the requested extension.

**1.** **Status Report.** This request is made more than 21 days prior to the discovery deadline, which is currently set for **January 7, 2019**. This is a medical malpractice case brought under the Federal Tort Claims Act.

**2.** **Status/Discovery Completed.** The parties have further completed the following discovery:

- Initial disclosures have been made pursuant to Fed. R. Civ. P. 26(a)(1)(C).
- Written discovery has been exchanged.
- The deposition of Plaintiff has been taken.
- The parties have exchanged expert disclosures.

/ / /

/ / /

1

**3. Discovery remaining.** Additional written discovery may be made, depositions of expert witnesses will be taken, and additional fact witness deposition may be taken.

**4. Reasons for extension.** The parties stipulate and agree to a brief extension for rebuttal expert disclosures. Defendant requested a brief extension due to the voluminous records its rebuttal experts had to review in this case. Plaintiff's expert had to travel out of the country unexpectedly for a week, which delayed his rebuttal report. An extension gives the parties' experts adequate time to prepare their rebuttal reports and will not impact the other dates in the recent Scheduling Order [Doc 19].

**5. Revised discovery schedule.** The parties stipulate and agree to a **brief extension for rebuttal expert disclosures as Plaintiff's expert traveled out of the country unexpectedly**. The parties agree to the following revisions to the discovery plan and ask that the Court adopt it as the revised scheduling order in this case.

    **A. Rebuttal Expert Disclosure Date**: The parties agree and respectfully request that the discovery cutoff date be extended from **October 13, 2018** to **October 25, 2018**.

Respectfully submitted this 23rd day of October 2018.

| | |
|---|---|
| SOLOW LAW GROUP, PLLC | DAYLE ELIESON<br>United States Attorney |
| */s/ Rachel Solow*<br>RACHEL SOLOW, ESQ.<br>1445 American Pacific Drive,<br>Suite 110-294<br>Henderson, Nevada 89074<br>*Attorney for Plaintiff* | */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

*George Foley Jr.*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 10/25/2018