| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| 2 | Nevada Bar No. 13644 |
| | STEVEN W. MYHRE |
| 3 | Assistant United States Attorney |
| | Nevada Bar No. 9635 |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | Telephone: 702-388-6336 |
| | Email: steven.myhre@usdoj.gov |

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Timothy Luger, | ) | |
|---|---|---|
| | ) | Civil Action No.: 2:17-cv-02839-GMN-GWF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| United States of America, | ) | **EXTEND PRETRIAL ORDER** |
| | ) | **DEADLINE** |
| Defendants. | ) | Filed in Compliance with LR 6-1 & 26-4 |
| | ) | (Fourth Request) |
| | ) | |

Pursuant to LR IA 6-1, the parties respectfully request that this Court extend the due date to file their proposed joint pretrial order. More specifically, and for the reason set forth below, the parties request that the present due date of May 30, 2019, be extended to the date of, on or before July 15, 2019. This is the fourth request for an extension of time related to pretrial matters, and the first request to extend the deadline for filing a proposed joint pretrial order.

Discovery has closed and the parties are seeking to participate in mediation in an effort to resolve the case short of trial. The additional time requested herein will provide the parties the time necessary to participate fully in the mediation process.

//

//

//

//

//

1

Based on the foregoing, the parties respectfully request that the Court enter an Order, extending the deadline for filing a proposed joint pretrial order, from May 30, 2019, to the date of, on or before, July 15, 2019.

Respectfully submitted this 8th day of May, 2019.

| | |
|---|---|
| SOLOW LAW GROUP, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rachel Solow*<br>RACHEL SOLOW, Esq.<br>1850 E. Sahara Ave., Suite 107<br>Las Vegas, NV 89104<br>*Attorney for Plaintiff* | */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>501 Las Vegas Blvd. So., #1100<br>Las Vegas, NV 89101<br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/9/2019